v. Amneal Pharmaceuticals LLC